UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:19-cv-00419-RBD-GJK

TOM WOOTON, et al.

    Plaintiffs,

vs.

STEELMASTER INDUSTRIES, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, Plaintiffs TOM WOOTON, RYAN JARKOVSKY, DAVID KAHLE, ALLEN STITTS, KEVIN RYAN, and JAMES MCHUGH, and Defendant, STEELMASTER INDUSTRIES, INC. (collectively, the "Parties") hereby provide Notice to the Court that the Parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit, and will submit a Motion for Approval of the FLSA agreements shortly thereafter.

Respectfully submitted this 26th day of July, 2019.

| | |
|---|---|
| */s/ Nicholas S. Andrews* | */s/ Noah E. Storch* |
| Shane T. Muñoz | Noah E. Storch, Esquire |
| Florida Bar No.: 067024 | Florida Bar Number: 0085476 |
| E-mail: smunoz@fordharrison.com | Richard Celler Legal, P.A. |
| Nicholas S. Andrews | 10368 W. SR. 84, Suite 103 |
| Florida Bar No. 0105699 | Davie, Florida 33324 |
| E-mail: nandrews@fordharrison.com | Telephone: (866) 344-9243 |
| FORD & HARRISON LLP | Facsimile: (954) 337-2771 |
| 101 E. Kennedy Blvd., Suite 900 | E-Mail: noah@floridaovertimelawyer.com |
| Tampa, FL 33602 | |
| (813) 261-7800 Telephone | *Attorney for Plaintiffs* |
| (813) 261-7899 Facsimile | |

*Attorneys for Defendant*

WSACTIVELLP:10692322.1