UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TOM WOOTON ON BEHALF OF
HIMSELF AND ALL OTHERS
SIMILARLY SITUATED,

        Plaintiffs,

v.                                           Case No: 6:19-cv-419-Orl-78GJK

STEELMASTER INDUSTRIES, INC.,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' and Defendant's Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice. (Doc. 47). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 48) recommending this Court grant the Motion in part and deny the Motion in part.

After an independent de novo review of the record and noting the parties timely filed a Joint Notice of Non-Objection (Doc. 49), this Court agrees with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED**:

1. The Report and Recommendation filed September 19, 2019 (Doc. 48), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The following language is **STRICKEN** from Paragraph 12 of each Settlement Agreement (Doc.47-1): "If any provision(s) of this Agreement are found invalid, the parties agree to enter into new, valid provision(s) that approximate the invalid provision(s) as nearly as possible."

3. The Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice (Doc. 47) is **GRANTED IN PART AND DENIED IN PART**.

4. The case is **DISMISSED with prejudice**.

5. The Clerk is ordered to close this case.

**DONE AND ORDERED** in Orlando, Florida on October 21, 2019.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record